1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION | Lead Case No.: 2:18-ml-02814-AB (FFMx) [Assigned to Hon. André Birotte Jr. Courtroom 7B Magistrate Frederick F. Mumm Courtroom 580] |
|---|---|
| THIS DOCUMENT RELATES ONLY TO: *ALFRED FRANCO, et al. vs. FORD MOTOR COMPANY* 2:19-cv-02466-AB-FFMx | Transfer Order from USJPML: 02/06/18 |

## **ORDER OF DISMISSAL**

On the date indicated below came on to be considered the Joint Stipulation of Dismissal by and between Plaintiffs Alfred Franco, Mutsuko Sako, Christopher Soldo, Jacqueline Reader, and Lynda Spivey and Defendant Ford Motor Company.

//

//

//

1  It is, THEREFORE, ORDERED by the Court that pursuant to the stipulation filed by Plaintiffs
2  Alfred Franco, Mutsuko Sako, Christopher Soldo, Jacqueline Reader, and Lynda Spivey and Defendant
3  Ford Motor Company, Plaintiffs' claims against Defendant Ford Motor Company are hereby dismissed
4  with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear their own fees and costs.

SIGNED:  December 30, 2020

_____
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL

- 2 -